IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Braswell, Michael L | Case Number: 07 B 16544 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/04/08 | Filed: 9/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 22, 2008
Confirmed: November 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,053.14 |  |
| Secured: |  | 1,940.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,831.50 |
| Trustee Fee: |  | 281.49 |
| Other Funds: |  | 0.00 |
| Totals: | 5,053.14 | 5,053.14 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.50 | 2,831.50 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Sierra View Holdings Inc | Secured | 0.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 20,749.45 | 0.00 |
| 7. | GMAC Mortgage Corporation | Secured | 956.00 | 0.00 |
| 8. | Sierra View Holdings Inc | Secured | 3,766.54 | 1,940.15 |
| 9. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 49.44 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 749.93 | 0.00 |
| 12. | American General Finance | Unsecured |  | No Claim Filed |
| 13. | American General Finance | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | Professional Account Management | Unsecured |  | No Claim Filed |
| 16. | Superior Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,102.86 | $ 4,771.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 230.50 |
| 6.5% | 50.99 |
|  | $ 281.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Braswell, Michael L

Printed: 11/04/08

Case Number:  07 B 16544
Judge:  Hollis, Pamela S
Filed:  9/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

